**FILED**
May 26, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                            Plaintiff,<br><br>              v.<br><br>**JOEY MAGADAN**<br><br>                            Defendant. | CR NO: 1:23-MJ-0058-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: Joey Magadan
Detained at: Fresno County Jail
Detainee is:   a.) ☒ charged in this district by: ☐ Indictment  ☐ Information  ☒ Complaint
       charging detainee with: 18 U.S.C. 1959(a)(5) – Conspiracy/Attempted Murder
   or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility upon termination of proceedings
   or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary May 26, 2023, at 2PM in the Eastern District of California.*

Signature: /s/ Antonio J. Pataca
Printed Name & Phone No: ANTONIO J. PATACA
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **May 26, 2023 at 2PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 26, 2023**

/s/ Erica P. Grosjean
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male ☐Female | |
| Booking or CDC #: | | DOB: | 04-29-2003 |
| Facility Address: | Fresno County Jail | Race: | Hispanic |
| Facility Phone: | | FBI#: | 3D5HHM5KF |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)